**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JOSHUA KEITH HURT                                                                                       PLAINTIFF

v.                                      No. 3:16CV00161-JLH-JJV

GREENE COUNTY SHERIFF'S
DEPARTMENT, *et al.*                                                                                 DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.     The Greene County Sheriff's Department is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

2.     The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 3rd day of August, 2016.

                                                                        _____
                                                                        J. LEON HOLMES
                                                                        UNITED STATES DISTRICT JUDGE