# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JOSHUA KEITH HURT                                                      PLAINTIFF

v.                      No. 3:16CV00161-JLH-JJV

GREENE COUNTY SHERIFF'S
DEPARTMENT; *et al*.                                                    DEFENDANT

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that defendants Cawley and Peters are DISMISSED without prejudice from this cause of action.

SO ORDERED this 29th day of September, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE